
IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT
OF TEXAS BEAUMONT DIVISION



**DAVID R. PETE, Plaintiff,**

**v.**

**GOVERNOR GREG ABBOTT and ATTORNEY GENERAL KEN PAXTON,**
**Defendants.**

**Case No. 1:25-CV-00396**

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW, Plaintiff, David R. Pete, appearing Pro Se, and files this Motion
for Default Judgment against Defendants, Governor Greg Abbott and
Attorney General Ken Paxton, pursuant to Federal Rule of Civil Procedure
55(b), and in support thereof would respectfully show the Court as follows:

## I. INTRODUCTION

1. Plaintiff David R. Pete brings this action against Defendants Governor
   Greg Abbott and Attorney General Ken Paxton. This Motion for Default
   Judgment is filed pursuant to Rule 55(b) of the Federal Rules of Civil
   Procedure, requesting that the Court enter judgment in favor of the
   Plaintiff due to the Defendants' failure to appear, plead, or otherwise
   defend this action.

## II. ARGUMENT AND AUTHORITIES

2. This lawsuit was initiated by the filing of a complaint, and summons
   was duly issued.

3. The Defendants, Governor Greg Abbott and Attorney General Ken
   Paxton, were properly served with the summons and complaint in this

action but have failed to file an answer or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

4. Upon application by the Plaintiff, and based on the Defendants' failure to act, the Clerk of the Court entered a default against Defendants Governor Greg Abbott and Attorney General Ken Paxton on March 23, 2026, pursuant to Federal Rule of Civil Procedure 55(a). A copy of the Clerk's Entry of Default is on file with the Court.

5. To the best of Plaintiff's knowledge and belief, Defendants are not minors, incompetent persons, or in the military service of the United States.

## III. RELIEF REQUESTED

6. Because Defendants have failed to appear and defend this action, and the Clerk has entered default, Plaintiff is entitled to a default judgment pursuant to Rule 55(b).

7. Plaintiff requests that the Court enter a default judgment in favor of the Plaintiff, David R. Pete, and against Defendants, Governor Greg Abbott and Attorney General Ken Paxton.

8. Plaintiff requests an award of punitive and compensatory damages as requested in the complaint in the amount of $500,000,000,000.00.

9. Plaintiff also requests such other and further relief as the Court may deem just and proper.

## IV. CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Plaintiff David R. Pete respectfully prays that this Court grant this Motion for Default Judgment and enter judgment against Defendants Governor Greg Abbott and Attorney General Ken Paxton, awarding Plaintiff punitive and compensatory damages in the amount of $500,000,000,000.00, and for any other relief this Court deems just and proper.

Respectfully submitted,

_____ **David R. Pete, Pro Se** 6355 Chinn Ln #2105 Beaumont, TX 77708 Telephone: 409-998-0229 / 409-242-1918 Email: <u>**DPETEDAVIDPETE@YAHOO.COM**</u>

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2026, a true and correct copy of the foregoing Motion for Default Judgment was served via Certified Mail, Return Receipt Requested, on the following:

Governor Greg Abbott Office of the Governor of Texas P.O. Box 12428 Austin, TX 78711-2428

Attorney General Ken Paxton Office of the Attorney General P.O. Box 12548 Austin, TX 78711-2548

_____ **David R. Pete**